IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PHOENIX COLOR CORP. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: S-01-CV-3190 |
| KRAUSE PRINTING TECHNIQUES, INTERNATIONAL, INC. d/b/a KRAUSE AMERICA, INC., et al. | * * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF DISMISSAL

Phoenix Color Corp., Plaintiff, by its undersigned counsel, gives notice that the above-captioned matter is DISMISSED, WITH PREJUDICE.

_____
James D. Mathias
Bar No. 06311
George F. Ritchie
Bar No. 22408

Piper Rudnick
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of July, 2003, a copy of the foregoing was mailed, first-class, postage prepaid, to:

Timothy F. McCormack, Esquire
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202-3332

Peter N. Wang, Esquire
Friedman, Wang & Bleiberg, P.C.
90 Park Avenue
New York, New York 10016

Attorneys for Defendants

_____
James D. Mathias